# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| POLYZEN, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 5:14-cv-00323-D |
| RADIADYNE, L.L.C., | § | Jury Trial Demanded |
| Defendant. | | |

## ORDER

The Court has considered RadiaDyne's Motion to File Under Seal Its Memorandum In Support of Its Motion for Partial Summary Judgment on Its Affirmative Defense of Ownership and Exhibits, and accompany memorandum in support.

The Court makes the following findings of fact and conclusions of law:

1. It is necessary for the Court to review the information in the Memorandum in Support of the motion for summary judgment, and the documents submitted as exhibits thereto, to permit the Court to properly consider the pending motion for summary judgment.

2. The documents and Memorandum in Support of the summary judgment motion contain confidential and competitively sensitive business information.

3. Adequate notice and opportunity has been given to the public and interested parties to object to Defendant's motion.

4. The Court has weighed carefully the interests advanced by Defendant and those interests favoring public access to judicial documents and records.

5. The interests advanced by Defendant override any common law or

constitutional right of public access that may attach to the information.

NOW THEREFORE, upon consideration of the record and the parties' positions and pursuant to the provisions of Local Rule 79.2, EDNC, it is ordered that the Memorandum in Support of the motion for summary judgment, and exhibits thereto, be sealed.

So ORDERED. This __28__ day of __July__ 2015.

_____
JAMES C. DEVER III
Chief United States District Judge