UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| POL YZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:14-CV-323-D** |
| ) | |
| RADIADYNE, LLC, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES RadiaDyne's supplemental motion [D.E. 98] for summary judgment concerning Polyzen' s patent-infringement action, DENIES Polyzen' s motion for summary judgment regarding RadiaDyne' s claim of ownership [D.E. 92], and DISMISSES without prejudice Polyzen's patent-infringement action for lack of subject-matter jurisdiction. Additionally, the court DISMISSES Polyzen's motion for summary judgment [D.E. 89] regarding laches, waiver, and estoppel and DISMISSES Polyzen's motion for; summary judgment regarding RadiaDyne's defense of inventorship [D.E. 95].

**This Judgment Filed and Entered on May 26, 2017, and Copies To:**

| | |
|---|---|
| Jeffrey Lawrence Roether | (via CM/ECF Notice of Electronic Filing) |
| John Christopher Jackson | (via CM/ECF Notice of Electronic Filing) |
| Joseph Zito | (via CM/ECF Notice of Electronic Filing) |
| Daniel Blue | (via CM/ECF Notice of Electronic Filing) |
| Thomas Morrow | (via CM/ECF Notice of Electronic Filing) |

DATE:                                              PETER A. MOORE, JR., CLERK
May 26, 2017                              (By) /s/ Nicole Briggeman
                                                              Deputy Clerk