IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-323-D

| | |
|---|---|
| POLYZEN, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| RADIADYNE, LLC, ) | |
| Defendant. ) | |

This matter is before the clerk on the Application for Costs [DE-194] filed by Defendant Radiadyne, LLC, and the Motion for Disallowance of Costs [DE-200] filed by Plaintiff Polyzen, Inc.

Plaintiff's appeal [DE-192] to the Federal Circuit Court of Appeals remains pending, and accordingly, the undersigned DENIES without prejudice the applications for costs [DE-194] and motion for disallowance [DE-200]. The parties may re-file these motions, if necessary, following the resolution of the appeal.

SO ORDERED. This the 19 day of March, 2018.

Peter A. Moore, Jr.
Clerk of Court